**RECEIVED**
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| Citizens for Better Forestry, et al., | CASE NO. 1927 |
|---|---|
| Plaintiff(s), | (Proposed) |
| v. | ORDER GRANTING APPLICATION |
| U.S. Department of Agriculture, et al., | FOR ADMISSION OF ATTORNEY |
| Defendant(s). | *PRO HAC VICE* |

Marc D. Fink _____, an active member in good standing of the bar of State of Minnesota, whose business address and telephone number is _____ Center for Biological Diversity, 4515 Robinson St., Duluth, MN, 55804, 218-525-3884, mfink@biologicaldiversity.org _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 14, 2008

Edward M. Chen
United States Magistrate Judge