RECEIVED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Citizens for Better Forestry, et al.,

        Plaintiff(s),

  v.

U.S. Department of Agriculture, et al.,

        Defendant(s).

CASE NO. 1927

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Peter M.K. Frost , an active member in good standing of the bar of State of Oregon , whose business address and telephone number is Western Environmental Law Center, 1216 Lincoln St., Eugene, OR, 97401, 541-485-2471, frost@westernlaw.org , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs ,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 14, 2008

Edward M. Chen
United States Magistrate Judge