RONALD J. TENPAS
Assistant Attorney General
RACHEL A. DOUGAN (DC Bar 485507)
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, ENVIRONMENTAL PROTECTION INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, WILD WEST INSTITUTE, GIFFORD PINCHOT TASK FORCE, IDAHO SPORTING CONGRESS, FRIENDS OF THE CLEARWATER, UTAH ENVIRONMENTAL CONGRESS, CASCADIA WILDLANDS PROJECT, KLAMATH SISKIYOU WILDLANDS CENTER, WILD SOUTH, THE LANDS COUNCIL, FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and OREGON WILD<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, and U.S. FOREST SERVICE,<br><br>Defendants. | Case No. 08-cv-1927-EMC<br><br>**DEFENDANTS' NOTICE OF APPEARANCE** |

Case No. 08-cv-1927-EMC
Defs.' Notice of Appearance

1     Please enter the appearance of Rachel A. Dougan as counsel of record on behalf of

2 Defendants in the above-captioned matter. Service of all papers by U.S. Mail should be

3 addressed as follows:

4
        United States Department of Justice
        Environment and Natural Resources Division
5         Natural Resources Section
        Benjamin Franklin Station, P.O. Box 663
6         Washington, D.C. 20044-0663

7     Express deliveries and hand deliveries should be addressed to:

8         United States Department of Justice
        Environment and Natural Resources Division
9         Natural Resources Section
        601 D Street, NW, Room 3812
10        Washington, D.C. 20004

11     Electronic mail should be addressed to:

12         Rachel.Dougan@usdoj.gov

13     Telephone and Facsimile numbers are as follows:

14         Telephone: (202) 616-5082
        Facsimile: (202) 305-0506
15
Respectfully submitted this 23rd day of April 2008.
16
        RONALD J. TENPAS
17        Assistant Attorney General
        Environment and Natural Resources Division
18
        <u>/s/ Rachel A. Dougan</u>
19        RACHEL A. DOUGAN (DC Bar 485507)
        Environment and Natural Resources Division
20        United States Department of Justice
        Benjamin Franklin Station, P.O. Box 663
21        Washington, D.C. 20044-0663
        Telephone: (202) 616-5082
22        Facsimile: (202) 305-0506
        Rachel.Dougan@usdoj.gov
23
Of Counsel:
24
Kathryn Toffenetti
25 Office of the General Counsel, United States Department of Agriculture
Washington, D.C.
26

27

Case No. 08-cv-1927-EMC
Defs.' Notice of Appearance        1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I served a true and correct copy of Defendants' Notice of Appearance by CM/ECF upon the following attorneys of record:

Lisa T. Belenky
Center for Biological Diversity
lbelenky@biologicaldiversity.org

Marc D. Fink
Center for Biological Diversity
mfink@biologicaldiversity.org

Peter M.K. Frost
Western Environmental Law Center
frost@westernlaw.org

                                                 s/Rachel A. Dougan
                                                 Rachel A. Dougan
                                                 Counsel for Defendants