UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,

No. C  08-cv-1927-EMC

        Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

        v.

U.S. DEPT. OF AGRICULTURE, et al.,

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: **May 1, 2008**_____

Signature _Rachel Dougan_____

Counsel for  Defendants_____
(Plaintiff, Defendant, or indicate "pro se")