TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725
Fax (510) 550-6749
torr@earthjustice.org; gloarie@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice Applicant*
Earthjustice
209 S. Willson Avenue
Bozeman, MT  59718
Tel. (406) 586-9699
Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA WEAVER, *Pro Hac Vice Applicant*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC  20036-4604
Tel. (202) 682-9400, ext. 263
Fax (202) 682-1331
sweaver@defenders.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| CITIZENS FOR BETTER FORESTRY, et al. | ) | Case No. C 08-1927-CW |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Related Case No. C 08-2326 EMC |
| U.S. DEPARTMENT OF AGRICULTURE, and U.S. FOREST SERVICE, | ) ) ) | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Defendants. | ) ) ) ) ) ) ) | |
| | ) | |

1

        Pursuant to Local Rules 3-12 and 7-11, plaintiffs in *Defenders of Wildlife et al. v. Schafer et*

2   *al.*, Case No. C 08-_____ (filed May 6, 2008), present this Administrative Motion to

3   Consider Whether Cases Should Be Related.  Pursuant to Local Rule 7-11, counsel for plaintiffs in

4   *Defenders of Wildlife* contacted counsel for plaintiffs and defendants in the instant case on May 5,

5   2008, regarding their views on whether the two actions should be related.  Counsel for both plaintiffs

6   and defendants in *Citizens for Better Forestry* agree that these cases should be related and have

7   submitted a stipulation to that effect filed herewith.

8           An action is related to another when:
            (1)  The actions concern substantially the same parties, property, transaction or event; and
9           (2)  It appears likely that there will be an unduly burdensome duplication of labor and
            expense or conflicting results if the cases are conducted before different Judges.
10

11  Local Rule 3-12(a).

12          The newly filed *Defenders of Wildlife* case challenges the legality of a rulemaking by the

13  U.S. Department of Agriculture ("USDA") approved on April 9, 2008, that adopted a revised set of

14  land management planning regulations pursuant to the National Forest Management Act, 16 U.S.C.

15  § 1604 ("NFMA"), for the management of the National Forest System, on the grounds that these

16  regulations were not promulgated in compliance with the requirements of the National

17  Environmental Policy Act, 42 U.S.C. § 4321 *et seq.* ("NEPA").  *Defenders* plaintiffs also challenge

18  the validity of the environmental impact statement ("EIS") prepared by USDA in purported

19  compliance with NEPA for this rulemaking.  Plaintiffs believe that the instant case is related to

20  *Citizens for Better Forestry*, which challenges the same USDA rulemaking and EIS on similar

21  NEPA grounds.

22          Looking to the first standard of Local Rule 3-12(a), these actions concern the same

23  transaction or event, the promulgation of the new NFMA regulations in April 2008, and thus the

24  same administrative record.  Moreover, while plaintiffs here have named the Secretary of

25  Agriculture and the Chief of the Forest Service, acting in their capacities as USDA officials, as well

26  as the U.S. Forest Service, an agency of USDA, and *Citizens for Better Forestry et al.* names USDA

27  and the Forest Service, the defendants in the two cases are functionally the same and are represented

28  by the same counsel.  Regarding the Local Rule's second standard, given that the two cases raise

substantially the same legal issues on the same administrative record against the same federal defendants, plaintiffs believe that conducting them before different judges would both result in an unduly burdensome duplication of labor and expense for the Court and counsel and threaten conflicting results on the issues presented.

For all of these reasons, plaintiffs submit that the present case is related to *Citizens for Better Forestry et al.* and respectfully request that the Court order that these two cases are related.


DATED:  May 6, 2008                    Respectfully submitted,



                                       /s/ Trent W. Orr
                                       TRENT W. ORR
                                       GREGORY C. LOARIE
                                       TIMOTHY J. PRESO
                                       SIERRA WEAVER

                                       Counsel for Plaintiffs