TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725
Fax (510) 550-6749
torr@earthjustice.org; gloarie@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice Applicant*
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tel. (406) 586-9699
Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA WEAVER, *Pro Hac Vice Applicant*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel. (202) 682-9400, ext. 263
Fax (202) 682-1331
sweaver@defenders.org

*Counsel for Plaintiffs in*
*Defenders of Wildlife et al. v. Schafer et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | Case No. C 08-1927-CW |
| Plaintiffs, | Related Case No. C 08-2326 EMC |
| vs. | |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.*, | **STIPULATION OF COUNSEL AND [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Defendants. | |

Pursuant to Local Rules 3-12 and 7-11, plaintiffs in *Defenders of Wildlife et al. v. Schafer et al.*, Case No. C 08-_____ (filed May 6, 2008), have filed herewith an Administrative Motion to Consider Whether Cases Should Be Related.  Pursuant to Local Rule 7-11, counsel for plaintiffs in *Defenders of Wildlife* contacted counsel for plaintiffs and defendants in the instant case, which *Defenders* plaintiffs believe to be related to their newly-filed case, to determine their position on whether these cases should be related.  Counsel for both plaintiffs and defendants in *Citizens for Better Forestry*, the lower-numbered case, agree that the two cases are related for the reasons set forth in the Administrative Motion.

Therefore, the undersigned hereby stipulate that *Defenders of Wildlife v. Schafer* is related to the instant case and should be reassigned to this Court.

DATED:  May 6, 2008

/s/ Trent W. Orr
TRENT W. ORR

Attorney for Plaintiffs in
*Defenders of Wildlife et al. v. Schafer et al.*

/s/ Pete Frost (authorized 5/5/08)
PETER M. K. FROST
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
Phone: (541) 485-2471
Fax: (541) 485-2457

Attorney for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE RELATED CASES – C-08-1927-CW     2

RONALD J. TENPAS, Assistant Attorney General

/s/ Rachel A. Dougan (authorized 5/5/08)
RACHEL A. DOUGAN
United States Department of Justice
Environment and Natural Resources Division
601 D Street, NW, Room 3812
Washington, DC 20004
Phone: (202) 616-5082
Fax: (202) 305-0506

Attorney for Federal Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                  CLAUDIA WILKEN
                                  United States District Judge