Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884; fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case No. C 08-01927 CW <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** <br><br> Judge: Hon. Claudia Wilken |

Notice of Change of Attorney Information /Change of Address
Case No. C 08-01927 CW

**NOTICE OF CHANGE OF ATTORNEY INFORMATION/CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Lisa T. Belenky, attorney for Plaintiffs is as follows:

Lisa T. Belenky
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email:
lbelenky@biologicaldiversity.org

DATED: June 6, 2008                    /s/Lisa T. Belenky
                                       Lisa T. Belenky (CA Bar No. 203225)
                                       CENTER FOR BIOLOGICAL DIVERSITY
                                       351 California Street, Suite 600
                                       San Francisco, CA 94104
                                       Telephone: (415) 436-9682 x 307
                                       Facsimile: (415) 436-9683
                                       Email: lbelenky@biologicaldiversity.org

                                       Peter M.K. Frost, *pro hac vice*
                                       Western Environmental Law Center
                                       1216 Lincoln Street
                                       Eugene, Oregon 97401
                                       Tel: 541-485-2471; fax: 541-485-2457
                                       frost@westernlaw.org

                                       Marc D. Fink, *pro hac vice*
                                       Center for Biological Diversity
                                       4515 Robinson Street
                                       Duluth, Minnesota  55804
                                       Tel: 218-525-3884; fax: 218-525-3857
                                       mfink@biologicaldiversity.org

                                       Attorneys for Plaintiffs