1  RONALD J. TENPAS
   Assistant Attorney General
2  RACHEL A. DOUGAN (DC Bar 485507)
   S. JAY GOVINDAN
3  Trial Attorneys
   Environment and Natural Resources Division
4  United States Department of Justice
   Benjamin Franklin Station, P.O. Box 663
5  Washington, D.C. 20044-0663
   Telephone: (202) 616-5082
6  Facsimile: (202) 305-0506
   Rachel.Dougan@usdoj.gov
7
   Attorneys for Federal Defendants
8
                  **IN THE UNITED STATES DISTRICT COURT**
9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                           **OAKLAND DIVISION**
10

11  CITIZENS FOR BETTER FORESTRY,                )
    ENVIRONMENTAL PROTECTION INFORMATION         )   Case No. 08-cv-1927-CW
    CENTER, CENTER FOR BIOLOGICAL DIVERSITY,     )
12  WILD WEST INSTITUTE, GIFFORD PINCHOT TASK    )
    FORCE, IDAHO SPORTING CONGRESS, FRIENDS      )
13  OF THE CLEARWATER, UTAH ENVIRONMENTAL        )
    CONGRESS, CASCADIA WILDLANDS PROJECT,        )   **STIPULATION**
14  KLAMATH SISKIYOU WILDLANDS CENTER,           )   **EXTENDING DEADLINE**
    WILD SOUTH, THE LANDS COUNCIL, FOREST        )   **FOR DEFENDANTS'**
15  SERVICE EMPLOYEES FOR ENVIRONMENTAL          )   **RESPONSE TO**
    ETHICS, and OREGON WILD                     )   **COMPLAINT**
16                                              )
         Plaintiffs,                             )
17                                              )
         v.                                     )
18                                              )
    U.S. DEPARTMENT OF AGRICULTURE, and         )
19  U.S. FOREST SERVICE,                        )
                                                )
20       Defendants.                             )
    _____)
21

22

23

24

25

26

27

Case No. 08-cv-1927-CW
Stipulation Ext. Deadline for Resp. to Compl.

1  Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend the time in which
2 Defendants must file responses to Plaintiffs' complaint in the above-captioned matter and to
3 Plaintiffs' complaint in the related case, <u>Defenders of Wildlife v. Schafer</u>, No. 08-cv-2326-CW.
4  The parties, through their undersigned counsel, stipulate that the deadline for Defendants'
5 responses to the complaints in both cases will be July 14, 2008.
6 Respectfully submitted this 29th day of May 2008.

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN (DC Bar 485507)
S. JAY GOVINDAN
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506

*Attorney for Defendants*


/s/ Peter M. K. Frost (authorized 5/28/08)
PETER M. K. FROST
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
Phone: (541) 485-2471
Fax: (541) 485-2457

*Attorney for Plaintiffs*
<u>Citizens for Better Forestry v. USDA</u>,
Case No. 08-cv-01927-CW

Case No. 08-cv-1927-CW
Stipulation Ext. Deadline for Resp. to Compl.    1

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED: 6/11/08 _____

5 CLAUDIA WILKEN
  United States District Judge

Case No. 08-cv-1927-CW
Stipulation Ext. Deadline for Resp. to Compl.   2