Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884; fax: 817-582-3884
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307; fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, ENVIRONMENTAL PROTECTION INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, WILD WEST INSTITUTE, GIFFORD PINCHOT TASK FORCE, IDAHO SPORTING CONGRESS, FRIENDS OF THE CLEARWATER, UTAH ENVIRONMENTAL CONGRESS, CASCADIA WILDLANDS PROJECT, KLAMATH SISKIYOU WILDLANDS CENTER, WILD SOUTH, THE LANDS COUNCIL, FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, OREGON WILD, AMERICAN LANDS ALLIANCE, and WILDEARTH GUARDIANS,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, and U.S. FOREST SERVICE,<br><br>        Defendants. | No. C 08-01927 CW<br><br>**PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br><br>Administrative Procedure Act Case |

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

2    that he or she has:

3        (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District

4    of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

5        (2) Discussed the available dispute resolution options provided by the Court and private

6    entitites; and

7        (3) Considered whether this case might benefit from any of the available dispute

8    resolution options.

9    Dated: 7-23-08                    /s/ Joseph Bower
                                       Joseph Bower
10                                     Citizens for Better Forestry

11   Dated: 7-23-08                    /s/ Scott Greacen
                                       Scott Greacen
12                                     Environmental Protection Information Center

13   Dated: 7-23-08                    /s/ Cameron Naficy
                                       Cameron Naficy
14                                     Wild West Institute

15   Dated: 7-23-08                    /s/ Emily Platt
                                       Emily Platt
16                                     Gifford Pinchot Task Force

17   Dated: 7-23-08                    /s/ Ron Mitchell
                                       Ron Mitchell
18                                     Idaho Sporting Congress

19   Dated: 7-23-08                    /s/ Gary MacFarlane
                                       Gary MacFarlane
20                                     Friends of the Clearwater

21   Dated: 7-23-08                    /s/ Kevin Mueller
                                       Kevin Mueller
22                                     Utah Environmental Congress

23   Dated: 7-23-08                    /s/ Jay Lininger
                                       Jay Lininger
24                                     Cascadia Wildlands Project

25   Dated: 7-23-08                    /s/ George Sexton
                                       George Sexton
26                                     Klamath Siskiyou Wildlands Center

27

1    Dated: 7-23-08                    /s/ Tracy Davids
                                       Tracy Davids
2                                      Wild South

3    Dated: 7-23-08                    /s/ Mike Peterson
                                       Mike Peterson
4                                      The Lands Council

5    Dated: 7-23-08                    /s/ Andy Stahl
                                       Andy Stahl
6                                      Forest Service Employees for Environmental Ethics

7    Dated: 7-23-08                    /s/ Doug Heiken
                                       Doug Heiken
8                                      Oregon Wild

9    Dated: 7-23-08                    /s/ Anne Martin
                                       Anne Martin
10                                     American Lands Alliance

11   Dated: 7-23-08                    /s/ Bryan Bird
                                       Bryan Bird
12                                     Wild Earth Guardians

13   Dated: 7-23-08                    /s/ Peter M.K. Frost
                                       Peter M.K. Frost
14                                     Western Environmental Law Center

15   Dated: 7-23-08                    /s/ Marc D. Fink
                                       Marc D. Fink
16                                     Center for Biological Diversity

17   Dated: 7-23-08                    /s/ Lisa T. Belenky
                                       Lisa T. Belenky
18                                     Center for Biological Diversity

19
     Dated this 23rd day of July, 2008.           Respectfully submitted,
20
                                       /s/ Marc D. Fink
21                                     Peter M.K. Frost, *pro hac vice*
                                       Marc D. Fink, *pro hac vice*
22                                     Lisa T. Belenky (CA Bar No. 203225)

23                                     Attorneys for Plaintiffs

24

25

26

27