```
                        UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
                            SAN FRANCISCO DIVISION
```

| | | |
|---|---|---|
| CITIZENS FOR BETTER FORESTRY et al., | ) | No. C 08-01927 CW |
| | ) | |
| Plaintiffs, | ) | NOTICE OF NEED FOR ADR |
| | ) | PHONE CONFERENCE |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, and | ) | |
| U.S. FOREST SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and that they have not yet reached an agreement to an ADR process.

Date of Case Management Conference:    August 19, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Marc Fink | Plaintiffs | 218-525-3884 | mfink@biologicaldiversity.org |
| Pete Frost | Plaintiffs | 541-485-2471 | frost@westernlaw.org |
| Rachel Dougan | Defendants | 202-616-5082 | Rachel.Dougan@usdoj.gov |
| Jay Govindan | Defendants | 202-305-0237 | Jay.Govindan@usdoj.gov |

Dated: July 23, 2008

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota  55804
Tel: 218-525-3884; fax: 817-582-3884
mfink@biologicaldiversity.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California  94103

|   |   |   |
|---|---|---|
| 1 |   | Tel: 415-436-9682 x 307 |
| 2 |   | lbelenky@biologicaldiversity.org |
| 3 |   | Attorneys for Plaintiffs |
| 4 |   |   |
| 5 | Dated: July 23, 2008 | /s/ Rachel A. Dougan |
|   |   | Rachel A. Dougan |
| 6 |   | United States Department of Justice |
|   |   | Environment and Natural Resources Division |
| 7 |   | 601 D Street, NW, Room 3148 |
|   |   | Washington, DC  20004 |
|   |   | Tel:  202-616-5082 |
| 8 |   | facsimile: 202-305-0506 |
| 9 |   | Attorney for Defendants |

Page  2 – NOTICE OF NEED FOR ADR PHONE CONFERENCE