Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884; fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307; fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, ENVIRONMENTAL PROTECTION INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, WILD WEST INSTITUTE, GIFFORD PINCHOT TASK FORCE, IDAHO SPORTING CONGRESS, FRIENDS OF THE CLEARWATER, UTAH ENVIRONMENTAL CONGRESS, CASCADIA WILDLANDS PROJECT, KLAMATH SISKIYOU WILDLANDS CENTER, WILD SOUTH, THE LANDS COUNCIL, FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and OREGON WILD,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, and U.S. FOREST SERVICE,<br><br>    Defendants. | No. 3:08-cv-1927-CW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  Dated: August 11, 2008                    Respectfully submitted.

                                             /s/ Peter M.K. Frost
6                                            Peter M.K. Frost
                                             Marc D. Fink
7                                            Lisa Belenky

8                                            Attorneys for Plaintiffs

28  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  -  3:08-cv-1927-CW,   Page 1