**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al., | No. 08-01927 CW |
|     Plaintiffs, | |
|   v. | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | |
|     Defendants. | |
| DEFENDERS OF WILDLIFE, et al., | No. 08-02326 CW |
|     Plaintiffs, | |
|   v. | |
| ED SCHAFER, et al., | ORDER FOR CONSOLIDATION |
|     Defendants. | |

The action numbers listed above are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-08-1927 CW, <u>Citizens for Better Forestry, et al. v. U.S. Department of Agriculture, et al.</u>, for all proceedings before this Court. **All further documents shall be filed in C-08-1927 CW.**

There appears to be no further reason at this time to maintain

C-08-2326, <u>Defenders of Wildlife, et al. v. Ed Schafer, et al.</u>, as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of C-08-2326 CW, and, should further proceedings in that litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

IT IS SO ORDERED.

Dated   8/27/08

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge