PETER M. K. FROST, *Pro Hac Vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
Tel (541) 485-2471 / Fax (541) 485-2457
frost@westernlaw.org

MARC D. FINK, *Pro Hac Vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, MN  55804
Tel (218) 525-3884 / Fax (218) 525-3857
mfink@biologicaldiversity.org

LISA T. BELENKY, State Bar No. 203225
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA  94104
Tel (415) 436-9682 / Fax (415) 436-9683
lbelenky@biologicaldiversity.org

*Counsel for Plaintiffs* CITIZENS FOR BETTER FORESTRY, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPT OF AGRICULTURE, *et al.*, <br><br> Defendants. | **Case No. C 08-1927 CW** <br><br> **PARTIES' STIPULATION AND ORDER RE: BRIEFING AND HEARING SCHEDULE** |
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ED SCHAFER, *et al.*, <br><br> Defendants. | |

Parties' Stipulation And [Proposed] Order Re: Briefing And Hearing Schedule-- 08-1927-CW

Plaintiffs Citizens for Better Forestry et al., Plaintiffs Defenders of Wildlife et al, Defendants U.S. Department of Agriculture et al., and Defendants Ed Schaefer et al. hereby stipulate to and respectfully request that the Court enter an order to re-schedule the hearing on the parties' motions for summary judgment, and the briefing schedule to precede it.  This request would extend by one day the deadline for the Plaintiffs' opposition/reply brief, extend by eight days the deadline for the Defendants' reply brief, and preserve roughly the same time period that currently exists for the Court to review the parties' papers before it holds a hearing.  The parties request:

January 23, 2009: deadline for Plaintiffs' opposition/reply brief;

February 6, 2009: deadline for Defendants' reply brief;

March 12, 2009, at 2 p.m.: hearing on the parties' motions for summary judgment.

Dated: January 21, 2009.           Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Attorney for Plaintiffs Citizens for Better Forestry

/s/ Trent D. Orr
Trent D. Orr
Attorney for Plaintiffs Defenders of Wildlife, et al.,

/s/ Beverly F. Li
Beverly Li
Attorney for Defendants USDA et al.

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: __1/22__, 2009.            _____
                                 CLAUDIA WILKEN
                                 United States District Judge