IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITIZENS FOR BETTER FORESTRY, et al.,    No. C 08-1927 CW

        Plaintiffs,

  v.                              ORDER CONTINUING
                                   HEARING AND ORDERING
U.S. DEPARTMENT OF AGRICULTURE, et   FURTHER BRIEFING
al.,

        Defendants.
                                         /

    In light of the Supreme Court's decision in <u>Summers v. Earth Island Institute</u>, No. 07-463, 555 U.S. ___ (2009), the March 12, 2009 hearing on the parties' cross-motions for summary judgment is CONTINUED to April 2, 2009 at 2:00 p.m.  By March 12, 2009, Plaintiffs shall submit a brief not exceeding ten pages in length addressing the application of <u>Summers</u> to the present case. Defendants may submit a reply not exceeding ten pages in length by March 19, 2009.

    IT IS SO ORDERED.

Dated: 3/4/09

                                               CLAUDIA WILKEN
                                               United States District Judge