TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725 / Fax (510) 550-6749
gloarie@earthjustice.org
torr@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tel (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA B. WEAVER, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel (202) 772-3274
sweaver@defenders.org

*Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPT OF AGRICULTURE, *et al.*, <br><br> Defendants. | **Case No. C 08-1927 CW** <br><br> **PARTIES' STIPULATION AND ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES** |
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ED SCHAFER, *et al.*, <br><br> Defendants. | |

Whereas Civil Local Rule 54-6 provides that motions for attorneys' fees must be filed within 14 days of entry of judgment, unless stipulated otherwise by the parties and ordered by the Court, and it also provides that the parties must meet and confer before a party may file a motion for award of attorney fees;

Whereas Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no later than 14 days after entry of judgment;

Whereas the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is one of the statutes under which Plaintiffs will seek attorneys fees and costs in this case;

Whereas EAJA provides that "a party seeking an award of fees and other expenses' may apply for them "within 30 days of final judgment in the action," and EAJA defines "final judgment" as "a judgment that is final and not appealable,"

Whereas the judgment in this case becomes unappealable 60 days after its entry;

Whereas Plaintiffs have not previously sought an extension of time from Civil Local Rule 54-6.

Accordingly, the parties stipulate and agree, and request that the Court enter an order, extending the deadline for Plaintiffs to file a motion for attorneys' fees, costs, and other expenses under Civil Local Rule 54-6 and Federal Rule of Civil Procedure 54(d)(2)(B) to be the same deadline as that for filing a motion under EAJA. Before filing a motion for attorneys' fees, costs, and other expenses, Plaintiffs will meet and confer with Defendants in a good faith attempt to settle the issue. By entering into this stipulation, Defendants do not waive any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs, or other expenses.

DATED: July 6, 2009.                    Respectfully submitted,

/s/ Trent W. Orr
Trent W. Orr
Timothy J. Preso
Sierra B. Weaver
Gregory C. Loarie
Attorneys for Plaintiffs

/s/ Beverly F. Li (authorized 7/6/09)
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: 7/14/09

_____
CLAUDIA WILKEN
United States District Judge