TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725 / Fax (510) 550-6749
gloarie@earthjustice.org
torr@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tel (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA B. WEAVER, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel (202) 772-3274
sweaver@defenders.org

*Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPT OF AGRICULTURE, *et al.*,<br><br>Defendants. | **Case No. C 08-1927 CW**<br><br>**JOINT STIPULATION AND MOTION REGARDING PLAINTIFFS' CLAIM FOR FEES AND COSTS; and**<br><br>**ORDER TO STAY BRIEFING TO ALLOW SETTLEMENT DISCUSSIONS** |
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS VILSACK, *et al.*,<br><br>Defendants. | |

To facilitate settlement discussions regarding plaintiffs' claim for attorneys' fees and costs in this case, plaintiffs Defenders of Wildlife, *et al.* ("Plaintiffs") and defendants Thomas Vilsack, Secretary of Agriculture, *et al.* ("Defendants") jointly move this Court to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for 60 days. In support of this motion, Plaintiffs and Defendants stipulate as follows:

1. Concurrently with this joint motion and stipulation, Plaintiffs have filed a motion for an award of attorneys' fees and costs for work performed on the merits of this case from its inception in 2008 through summer 2009. Judgment was entered on June 30, 2009, and the defendants did not take a timely appeal. Plaintiffs' motion will be supplemented as appropriate to account for further work regarding recovery of fees in this case.

2. Plaintiffs and Defendants agree that briefing and argument on Plaintiffs' claim for fees and costs may be unnecessary in light of the parties' intent to attempt to settle Plaintiffs' claim.

3. Accordingly, Plaintiffs and Defendants agree that further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be stayed for 60 days. At that time, Plaintiffs and Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on Plaintiffs' concurrently filed motion for an award of attorneys' fees and costs for 60 days from the date of the Court's order granting such stay, in the manner provided above.

Respectfully submitted this 28th day of September, 2009,

/s/ Trent W. Orr_____
TRENT W. ORR

*Attorney for Plaintiffs Defenders of Wildlife, et al.*

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Beverly F. Li (authorized 9/21/09)
BEVERLY F. LI
Trial Attorney

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: 10/1/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE