PETER M. K. FROST, *Pro Hac Vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
Tel (541) 485-2471 / Fax (541) 485-2457
frost@westernlaw.org

MARC D. FINK, *Pro Hac Vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, MN 55804
Tel (218) 525-3884 / Fax (218) 525-3857
mfink@biologicaldiversity.org

LISA T. BELENKY, State Bar No. 203225
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Tel (415) 436-9682 / Fax (415) 436-9683
lbelenky@biologicaldiversity.org

*Counsel for Plaintiffs* CITIZENS FOR BETTER FORESTRY, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>U.S. DEPT OF AGRICULTURE, *et al.*, <br><br>Defendants. | **Case No. C 08-1927 CW** <br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER TO STAY BRIEFING TO ALLOW SETTLEMENT DISCUSSIONS** |
| DEFENDERS OF WILDLIFE, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>ED SCHAFER, *et al.*, <br><br>Defendants. | |

To facilitate settlement discussions regarding Plaintiffs' motion for attorneys' fees and costs in this case, Plaintiffs Citizens for Better Forestry, *et al.*, ("Citizens") and Defendants U.S. Department of Agriculture, *et al.*, ("USDA"), hereby stipulate to and respectfully request that the Court enter an order staying briefing on Citizens' motion for an award of attorneys' fees, costs, and other expenses for 45 days. In support of this motion, Citizens and USDA stipulate as follows:

1. Concurrently with this stipulation, Citizens filed a motion for an award of attorneys' fees, costs and other expenses in this case. Citizens' motion will be supplemented as appropriate to account for any future litigation in this case.

2. Citizens and USDA agree that briefing and argument on Citizens' claim for attorneys' fees, costs, and other expenses may be unnecessary in light of the parties' intent to attempt to settle this issue.

3. Accordingly, Citizens and USDA agree that further proceedings on Citizens' motion for an award of attorneys' fees, costs, and other expenses, including the filing of memoranda and evidentiary and other materials supporting that motion, should be stayed for 45 days. At that time, Citizens and USDA will either jointly propose a briefing schedule to address Citizens' motion for attorneys' fees, costs, and other expenses, or the parties shall apprise the Court of the status of Citizens' motion and any request for action by the Court.

Based on the joint stipulation set forth above, the parties respectfully request that the Court stay briefing and argument on Citizens' motion for an award of attorneys' fees, costs, and other expenses for 45 days from the date of the Court's order granting such a stay.

Dated: September 25, 2009.    Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs

/s/ Jay Govindan (authorized 9-24-09)
Jay Govindan

Beverly Li
Peter C. Whitfield

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: ~~September~~ October 5 , 2009.   _____
CLAUDIA WILKEN
United States District Judge