IGNACIA S. MORENO
Assistant Attorney General

BEVERLY F. LI (WSBA # 33267)
PETER C. WHITFIELD
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213 (Li)/ (202) 305-0430 (Whitfield)
Facsimile: (202) 305-0506
beverly.li@usdoj.gov
peter.whitfield@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPT OF AGRICULTURE, *et al.*, <br><br> Defendants. | **Case No. C 08-1927 CW** <br><br> **PARTIES' THIRD STIPULATION AND ORDER TO STAY BRIEFING TO ALLOW SETTLEMENT DISCUSSIONS** |
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ED SCHAFER, *et al.*, <br><br> Defendants. | |

To facilitate settlement discussions regarding the motion for attorneys' fees and costs filed by Plaintiffs Citizens for Better Forestry, *et al.*, ("Citizens") in this case, Citizens and Defendants the U.S. Department of Agriculture, *et al.*, ("USDA"), hereby stipulate to and respectfully request that the Court enter an order further staying briefing on Citizens' motion for attorneys' fees and costs until December 8, 2009. In support of this motion, Citizens and USDA stipulate as follows:

1. On September 24, 2009, Citizens filed a motion for an award of attorneys' fees, costs and other expenses in this case. See Dkt. No. 72. Citizens' motion will be supplemented as appropriate to account for any future litigation in this case.

2. On October 5, 2009, the Court granted the parties' first stipulation to stay briefing for 45 days to allow settlement discussions regarding Citizens' motion for attorneys' fees and costs. See Dkt. No. 77. Pursuant to the Court's October 5, 2009 Order, the stay of briefing extended until November 19, 2009. On November 19, 2009, the parties filed their second stipulation to extend the stay on briefing until November 25, 2009. See Dkt. No. 78. On November 24, 2009, the Court granted the second stipulation to stay briefing until November 25, 2009. See Dkt. No. 79.

3. Citizens and USDA agree that briefing and argument on Citizens' claim for attorneys' fees, costs, and other expenses may be unnecessary in light of the parties' intent to attempt to settle this issue. Citizens and USDA agree that the parties need additional time beyond November 25, 2009 in order to conduct negotiations regarding Citizens' claim for attorneys' fees, costs, and other expenses.

4. Accordingly, Citizens and USDA agree that further proceedings on Citizens' motion for an award of attorneys' fees, costs, and other expenses, including the filing of memoranda and evidentiary and other materials supporting that motion, should be further stayed until December 8, 2009. At that time, Citizens and USDA will either jointly propose a briefing schedule to address Citizens' motion for attorneys' fees, costs, and other expenses, or the parties shall apprise the Court of the status of Citizens' motion and any request for action by the Court.

Based on the joint stipulation set forth above, the parties respectfully request that the Court stay briefing and argument on Citizens' motion for an award of attorneys' fees, costs, and other expenses until December 8, 2009.

Dated: November 25, 2009.  Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs

/s/ Beverly F. Li
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: 12/1/ 2009.  _____
CLAUDIA WILKEN
United States District Judge