IGNACIA S. MORENO
Assistant Attorney General

BEVERLY F. LI (WSBA # 33267)
PETER C. WHITFIELD
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213 (Li)/ (202) 305-0430 (Whitfield)
Facsimile: (202) 305-0506
beverly.li@usdoj.gov
peter.whitfield@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPT OF AGRICULTURE, *et al.*,<br><br>Defendants. | **Case No. C 08-1927 CW (consolidated)**<br><br>**PARTIES' STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ED SCHAFER, *et al.*,<br><br>Defendants. | **Case No. 08-2326 CW** |

Plaintiffs Defenders of Wildlife et al. and Defendants U.S. Department of Agriculture et al. have in good faith pursued settlement negotiations related to Defenders of Wildlife's motion for attorneys' fees, costs, and other expenses (Dkt. No. 75), but have been unable to reach an agreement. Accordingly, the parties stipulate to and respectfully request that the Court enter an order establishing this briefing schedule for Plaintiffs' amended motion:

Plaintiffs' Amended Motion shall be filed on or before February 10, 2010;

Defendants' Response shall be filed on or before March 12, 2010;

Plaintiffs' Reply shall be filed on or before March 26, 2010.

Dated: December 9, 2009.	Respectfully submitted,

/s/ Trent W. Orr
Trent W. Orr

Attorney for Plaintiffs Defenders of Wildlife, et al.

/s/ Beverly F. Li
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: December _21_, 2009.

CLAUDIA WILKEN
United States District Judge