PETER M. K. FROST, *Pro Hac Vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
Tel (541) 485-2471 / Fax (541) 485-2457
frost@westernlaw.org

MARC D. FINK, *Pro Hac Vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, MN 55804
Tel (218) 525-3884 / Fax (218) 525-3857
mfink@biologicaldiversity.org

LISA T. BELENKY, State Bar No. 203225
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Tel (415) 436-9682 / Fax (415) 436-9683
lbelenky@biologicaldiversity.org

*Counsel for Plaintiffs* CITIZENS FOR BETTER FORESTRY, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPT OF AGRICULTURE, *et al.*, <br><br> Defendants. | **Case No. C 08-1927 CW** <br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ED SCHAFER, *et al.*, <br><br> Defendants. | |

Plaintiffs Citizens for Better Forestry et al. and Defendants U.S. Department of Agriculture et al. have in good faith pursued settlement negotiations related to Citizens' motion for attorneys' fees, costs, and other expenses, but have been unable to reach an agreement. Accordingly, the parties stipulate to and respectfully request that the Court enter an order establishing this briefing schedule for Plaintiffs' amended motion:

Plaintiffs' Amended Motion shall be filed on or before January 8, 2010;

Defendants' Response shall be filed on or before January 29, 2010;

Plaintiffs' Reply shall be filed on or before February 19, 2010.

Dated: December 8, 2009.    Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs

/s/ Beverly F. Li
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED. **The motion will be decided on the papers.**

Date: December 21, 2009.    _____
CLAUDIA WILKEN
United States District Judge

Parties' Stipulation And [Proposed] Order Re: Deadline for Motion for Attorneys' Fees, Case No. C 08-1927-CW   1