IGNACIA S. MORENO
Assistant Attorney General

BEVERLY F. LI (WSBA # 33267)
PETER C. WHITFIELD
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213 (Li)/ (202) 305-0430 (Whitfield)
Facsimile: (202) 305-0506
beverly.li@usdoj.gov
peter.whitfield@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | **Case No. C 08-1927 CW**<br><br>**PARTIES' STIPULATION AND ORDER RE: BRIEFING ON PLAINTIFFS CITIZENS FOR BETTER FORESTRY ET AL.'S AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS** |
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ED SCHAFER, *et al.*,<br><br>Defendants. | |

Plaintiffs Citizens for Better Forestry, *et al.*, ("Citizens") and Defendants the U.S. Department of Agriculture, *et al.*, ("USDA"), hereby stipulate to and respectfully request that the Court enter an order amending the remaining briefing deadlines on Citizens' motion for attorneys' fees and costs. The parties respectfully request that USDA have until February 5, 2010 to file their opposition to Citizens' motion for fees and costs, and that Citizens have until March 5, 2010 to file their reply. In support of this motion, Citizens and USDA stipulate as follows:

1. On September 24, 2009, Citizens filed a motion for an award of attorneys' fees, costs and other expenses in this case. See Dkt. No. 72.

2. On October 5, 2009, the Court granted the parties' first stipulation to stay briefing for 45 days to allow settlement discussions regarding Citizens' motion for attorneys' fees and costs. See Dkt. No. 77. Pursuant to the Court's October 5, 2009 Order, the stay of briefing extended until November 19, 2009. On November 19, 2009, the parties filed their second stipulation to extend the stay on briefing until November 25, 2009. See Dkt. No. 78. On November 24, 2009, the Court granted the second stipulation to stay briefing until November 25, 2009. See Dkt. No. 79. On December 1, 2009, the Court granted the third stipulation to stay briefing until December 8, 2009. See Dkt. No. 82.

3. On December 8, 2009, Citizens and USDA informed the Court that they were unable to reach a settlement of the matter of attorneys' fees and costs. See Dkt. No. 84. Citizens and USDA agreed to a schedule whereby Citizens' amended motion would be filed by January 8, 2010; USDA's opposition would be filed by January 29, 2010; and Citizens' reply would be filed by February 19, 2010. Id. On December 21, 2009, the Court approved the parties' agreed schedule and indicated that the motion would be submitted on the papers. See Dkt. No. 87. Citizens filed their amended motion for attorneys' fees and costs on January 8, 2010. See Dkt. No. 88.

4. The undersigned lead counsel for USDA is also lead counsel in a separate, unrelated action representing USDA in Center for Food Safety v. Vilsack, Civ. No. 08-484-JSW (N.D. Cal.). Subsequent to the time the Court approved the parties' agreed schedule on Citizens' amended motion, on January 16,

2010, the plaintiffs in <u>Center for Food Safety v. Vilsack</u> filed a motion for preliminary injunction. USDA's opposition to the preliminary injunction motion is currently due February 3, 2010. Because of the filing of the preliminary injunction in <u>Center for Food Safety v. Vilsack</u>, undersigned counsel for USDA requires additional time to prepare USDA's opposition to Citizens' amended motion for fees and costs.

5. Accordingly, Citizens and USDA agree that the Court's order on the briefing schedule for Citizens' amended motion for an award of attorneys' fees and costs should be amended to permit USDA to file its opposition brief on February 5, 2010 and to permit Citizens to file their reply brief on March 5, 2010.

Dated: January 26, 2010.    Respectfully submitted,

<u>/s/ Peter M.K. Frost</u>
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs

<u>/s/ Beverly F. Li</u>
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: 2/1/2010.    _____
CLAUDIA WILKEN
United States District Judge

Parties' Stip. & [Proposed] Order Re: Briefing on CBF's Amended Motion for Attorneys' Fees, Case No. C 08-1927-CW    2