TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725 / Fax (510) 550-6749
gloarie@earthjustice.org
torr@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tel (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA B. WEAVER, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel (202) 772-3274
sweaver@defenders.org

*Counsel for Plaintiffs* DEFENDERS OF WILDLIFE, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPT OF AGRICULTURE, *et al.*,<br><br>Defendants.<br><br>DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS VILSACK, *et al.*,<br><br>Defendants. | **Case No. C 08-1927 CW**<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING ON PLAINTIFFS DEFENDERS OF WILDLIFE *et al.*'s AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs Defenders of Wildlife, *et al.* ("Defenders") and Defendants Thomas Vilsack, *et al.* ("Federal Defendants") hereby stipulate to and respectfully request that the Court enter an order amending the briefing deadlines on Defenders' amended motion for attorneys' fees and costs. The parties respectfully request that Defenders have until February 12, 2010 to file their amended motion for fees and costs, that Federal Defendants have until March 16, 2010 to file their opposition, and that Defenders have until March 30, 2010 to file their reply. In support of this motion, Defenders and Federal Defendants stipulate as follows:

1. On September 28, 2009, Defenders filed a motion for an award of attorneys' fees, costs, and other expenses in this case. Doc. 75.

2. On October 1, 2009, the Court granted the parties' first stipulation, Doc. 74, to stay briefing for 60 days to allow settlement discussions regarding Defenders' motion for attorneys' fees and costs. Doc. 76. On December 1, 2009, the Court granted the parties' second stipulation, Doc. 81, for a further stay of briefing until December 9, 2009. Doc. 83.

3. On December 9, 2009, Defenders and Federal Defendants informed the Court that they were unable to reach a settlement of the matter of attorneys' fees and costs. Doc. 85. Defenders and Federal Defendants agreed to a schedule whereby Defenders' amended motion would be filed by February 10, 2010; Federal Defendants' opposition would be filed by March 12, 2010; and Defenders' reply would be filed by March 26, 2010. *Id.* On December 21, 2009, the Court approved the parties' agreed-upon schedule. Doc. 86.

4. The undersigned lead counsel for Defenders is also lead counsel in a separate, unrelated action representing a group of defendant-intervenors in *San Luis & Delta-Mendota Water Auth. v. Salazar*, Civ. No. 09-0407-0WW, and consolidated actions (E.D. Cal.). Subsequent to the time the Court approved the parties' agreed-upon schedule for Defenders' amended motion, on January 25, 2010, the plaintiffs in the *San Luis* action informed defendant parties therein that they would be seeking a temporary restraining order against implementation of various measures intended to protect the delta smelt under the Endangered Species Act. At a status conference on January 26, the court set a schedule for a hearing on the TRO motion for February 2, 2010 in Fresno. The undersigned lead counsel for Defenders had to spend all of his work time since the morning of

January 27, including the weekend, through February 2, 2010, on opposition to this TRO motion. For this reason, undersigned counsel for Defenders requires two days additional time to prepare Defenders' amended motion for fees and costs.

5. Accordingly, Defenders and Federal Defendants agree that the Court's order on the briefing schedule for Defenders' amended motion for an award of attorneys' fees and costs should be amended to permit Defenders to file their amended motion for fees and costs by February 12, 2010, Federal Defendants to file their opposition by March 16, 2010, and Defenders to file their reply by March 30, 2010.

Respectfully submitted this 3rd day of February, 2010,

/s/ Trent W. Orr
TRENT W. ORR

*Attorney for Plaintiffs Defenders of Wildlife, et al.*

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Peter C. Whitfield (authorized 2/3/2010)
PETER C. WHITFIELD
Trial Attorney

*Attorneys for Defendants*

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: 2/4/10

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE