1  PETER M. K. FROST, *Pro Hac Vice*
   Western Environmental Law Center
2  1216 Lincoln Street
   Eugene, OR 97401
3  Tel (541) 485-2471 / Fax (541) 485-2457
   frost@westernlaw.org
4
   MARC D. FINK, *Pro Hac Vice*
5  Center for Biological Diversity
   4515 Robinson Street
6  Duluth, MN 55804
   Tel (218) 525-3884 / Fax (218) 525-3857
7  mfink@biologicaldiversity.org

8  LISA T. BELENKY, State Bar No. 203225
   Center for Biological Diversity
9  351 California St., Ste. 600
   San Francisco, CA 94104
10 Tel (415) 436-9682 / Fax (415) 436-9683
   lbelenky@biologicaldiversity.org
11
   *Counsel for Plaintiffs* CITIZENS FOR BETTER FORESTRY, *et al.*
12

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | **Case No. C 08-1927 CW** |
| Plaintiffs, | |
| vs. | **PARTIES' STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| U.S. DEPT OF AGRICULTURE, *et al.*, | |
| Defendants. | |
| DEFENDERS OF WILDLIFE, *et al.*, | |
| Plaintiffs, | |
| vs. | |
| ED SCHAFER, *et al.*, | |
| Defendants. | |

Plaintiffs Citizens for Better Forestry et al. respectfully request, and Defendants U.S. Department of Agriculture et al. do not oppose, that the Court allow Plaintiffs a three-day extension of time to file their brief replying to Defendants' opposition to Plaintiff's motion for attorneys' fees. Plaintiffs' counsel requests the extension due to illness in his family.

If the Court grants this request, the reply brief would be due March 10, 2010.

Dated: March 5, 2010.                    Respectfully submitted,


/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs


/s/ Beverly F. Li
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: March  5 , 2010.

PHYLLIS J. HAMILTON
United States District Judge