PETER M. K. FROST, *Pro Hac Vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
Tel (541) 485-2471 / Fax (541) 485-2457
frost@westernlaw.org

MARC D. FINK, *Pro Hac Vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, MN 55804
Tel (218) 525-3884 / Fax (218) 525-3857
mfink@biologicaldiversity.org

LISA T. BELENKY, State Bar No. 203225
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Tel (415) 436-9682 / Fax (415) 436-9683
lbelenky@biologicaldiversity.org

*Counsel for Plaintiffs* CITIZENS FOR BETTER FORESTRY, *et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. C 08-1927 CW<br><br>**PARTIES' STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ED SCHAFER, *et al.*,<br><br>Defendants. | |

Plaintiffs Citizens for Better Forestry et al. respectfully request, and Defendants U.S. Department of Agriculture et al. do not oppose, that the Court allow Plaintiffs a three-day extension of time to file their brief replying to Defendants' opposition to Plaintiff's motion for attorneys' fees. Plaintiffs' counsel requests the extension due to illness in his family.

If the Court grants this request, the reply brief would be due March 10, 2010.

Dated: March 5, 2010.                    Respectfully submitted,


/s/ Peter M.K. Frost
Peter M.K. Frost
Marc D. Fink
Attorneys for Plaintiffs


/s/ Beverly F. Li
Beverly F. Li
Peter C. Whitfield
Jay Govindan

Attorneys for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: March 9, 2010.

PHYLLIS J. HAMILTON
United States District Judge

Parties' Stipulation And Order Re: Extension of Time, Case No. C 08-1927-CW                    1